## IN THE MATTER OF JOHN CONNELLY

### 1810

#### PAPERS IN FILE

1. Petition for habeas corpus . . . . . . . . . *Printed in Vol. 2*
2. Allowance . . . . . . . . . . . . "
3. Writ of habeas corpus . . . . . . . . . "
4. Return . . . . . . . . . . . . "
5. Order; reasons . . . . . . . . . . . "

## IN THE MATTER OF REUBEN ATTWATER, SECRETARY OF THE TERRITORY

### 1810

#### PAPERS IN FILE
[None]